880

No. 71–32. FLOOD v. KUHN ET AL. C. A. 2d Cir. Certiorari granted.

No. 71–119. TRBOVICH v. UNITED MINE WORKERS OF AMERICA ET AL. C. A. D. C. Cir. Certiorari granted.

No. 68–5014. GARRISON v. PATTERSON, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 70–179. LOMBARDINO v. HEYD, SHERIFF. C. A. 5th Cir. Certiorari denied.

No. 70–221. LICAVOLI v. MAXWELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 70–262. CARTER v. MOREHOUSE PARISH SCHOOL BOARD. C. A. 5th Cir. Certiorari denied.

No. 70–5154. BLACKBURN ET AL. v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 70–5170. GOLUB v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 70–5334. HERRERA v. NEW MEXICO. Ct. App. N. M. Certiorari denied.

No. 70–5348. MAULDIN v. HENRY ET AL. C. A. 4th Cir. Certiorari denied.

No. 70–5356. MOREFIELD v. UNITED STATES. C. A. 7th Cir. Certiorari denied.